**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DR. JOHN D. HARDING AND DR. LINDA K. KRUUS, H/W, | : | No. 939 MAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE CUTLER GROUP, INC. D/B/A THE DAVID CUTLER GROUP, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Donohue & Justice Wecht did not participate in the consideration or decision of this matter.